IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07MJ51-CSC |
| | ) | |
| KEVIN EARL JACKSON | ) | |

## MOTION TO WITHDRAW

COMES NOW Ronald W. Wise and files herein his Motion to Withdraw as Counsel for Kevin Earl Jackson and for grounds would show as follows:

1. That the below signed attorney and the Defendant have not been able to make satisfactory arrangements for the below signed attorney's representation of the defendant in this matter.

WHEREFORE THE PREMISES considered, the below signed attorney respectfully asks this Honorable Court to allow him to withdraw as Counsel for Defendant in the above styled case.

RESPECTFULLY SUBMITTED this the 25th day of May, 2007.

/s/ **Ronald W. Wise**
Bar Number: WISER0904
2000 Interstate Park Drive
Suite 105
Montgomery, Alabama 36109
(334) 260-0003

## **CERTIFICATE OF SERVICE**

      I do hereby certify that on May 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record as well as mailing a copy of said filing to Kevin Earl Jackson, Federal Inmate, c/o Montgomery City Jail, P.O. Drawer 159, Montgomery, Alabama 36195.

                                                  /s/ Ronald W. Wise