IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                       )
      v                )        CR. NO. 2:07mj51-CSC
                       )
KEVIN EARL JACKSON        )

**ORDER**

Now pending before the court is Attorney Ron Wise's motion to withdraw as counsel of record (doc. # 11).  Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to withdraw (doc. # 11) be and is hereby GRANTED.  It is further

ORDERED that the Federal Defender be and is hereby appointed to represent the defendant for all further proceedings.  Appointed counsel shall file a written notice of appearance with this court.

Done this 31st day of May, 2007.

                                _____/s/Charles S. Coody_____
                                CHARLES S. COODY
                                CHIEF UNITED STATES MAGISTRATE JUDGE