IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO.: 2:07MJ51-CSC |
| ) | |
| KEVIN EARL JACKSON, ) | |
| ) | |

## NOTICE OF APPEARANCE

NOTICE is hereby given that the undersigned hereby enters an appearance as co-counsel with Ronald Wayne Wise, Esq., on behalf of Defendant, KEVIN EARL JACKSON, in the above-styled matter and requests that he be furnished with copies of all documentation and proceedings filed in this matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Christa D. Deegan, Esq., Office of the U.S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104, (christa.d.deegan@usjoj.gov) and to Ronald Wayne Wise, Esq., 2000 Interstate Park Drive, Suite 105, Montgomery, Alabama 36109, (ronwise@aol.com) by U.S. Mail and by e-mail transmission this 8th day of June, 2007.

William B. Richbourg, Esq.
700 North Ninth Avenue, Suite A
Pensacola, Florida 32501
(850) 434-9993
(850) 434-8676 = fax
Florida Bar No.: 108928
E-mail: wbrlaw@bellsouth.net
Co-Counsel for Defendant