# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:07MJ51-CSC |
| | ) |
| KEVIN EARL JACKSON | ) |

## MOTION TO CONTINUE

COMES NOW the Defendant, Kevin Earl Jackson, by and through his attorney of record and respectfully asks this Honorable Court to continue the Trial of this matter currently scheduled for September 17, 2007 to a later date and for grounds would show as follows:

1.      That the below signed attorney needs more time in which to adequately prepare the defense of this matter.

2.      That the Honorable Christa D. Deegan, Assistant United States Attorney, has no objection to said continuance.

WHEREFORE THE PREMISES considered, the below signed attorney respectfully asks this Honorable Court to continue the trial of this matter from September 17, 2007 to a later date.

RESPECTFULLY SUBMITTED this the 22nd day of August, 2007.

/s/ Ronald W. Wise
RONALD W. WISE, WISER0904
Attorney for Kevin Earl Jackson
2000 Interstate Park Drive
Suite 105
Montgomery, Alabama 36109
(334) 260-0003

## CERTIFICATE OF SERVICE

I do hereby certify that on August 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Ronald W. Wise